THE STATE OF OHIO, APPELLANT, *v.* TAUFEEQ, APPELLEE.

[Cite as *State v. Taufeeq* (2002), 94 Ohio St.3d 501.]

(No. 01–1902—Submitted March 13, 2002—Decided April 3, 2002.)

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *State v. Murrell* (2002), 94 Ohio St.3d 489, 764 N.E.2d 986, decided today.

DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., dissents.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals. See his dissent in *State v. Murrell* (2002), 94 Ohio St.3d 489, 764 N.E.2d 986.

*Donald W. White,* Clermont County Prosecuting Attorney, *Daniel J. Breyer* and *David H. Hoffmann,* Assistant Prosecuting Attorneys, for appellant.